AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Jose Villalobos | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-at-01149 |
| City of Vallejo, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Thomas C. Seabaugh
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/17/2019, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1/2/20

*Signature of the attorney or unrepresented party*

City of Vallejo
*Printed name of party waiving service of summons*

Katelyn M. Knight
*Printed name*

555 Santa Clara St. Vallejo, CA 94590
*Address*

Katelyn.knight@cityofvallejo.net
*E-mail address*

(707) 648-4388
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## PROOF OF SERVICE

### *Jose Villalobos v. City of Vallejo, et al.*
USDC, Eastern District, Sacramento Division, Case No. 2:19-cv-02461-WBS-KJN

I am over the age of 18 and not a party to the within entitled action. I am employed as a Legal Secretary for the City Attorney's Office, City of Vallejo and my business address is City Hall, 555 Santa Clara Street, Vallejo, California 94590.

On the date set forth below, I served the document(s) herein on all interested parties to said action by the following means:

[X] **BY MAIL:** By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, at the Office of the City Attorney, City of Vallejo, City hall, 555 Santa Clara Street, Vallejo, CA 94590, addressed as shown below. I am readily familiar with the City government's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day it was placed for collection and processing, with postage thereon fully prepaid, in the ordinary course of business. Said envelope was addressed to the parties as shown below.

[ ] **BY PERSONAL SERVICE:** By causing a true copy thereof to be delivered by hand to the office of the person(s) as shown below.

[ ] **BY OVERNIGHT MAIL:** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Office of the City Attorney, to be delivered by express delivery to the address(es) as shown below.

[ ] **BY FACSIMILE TRANSMISSION:** By transmitting a true copy thereof by facsimile transmission from facsimile number (707) 648-4687, to the name(s) and facsimile number(s) of the person(s) as shown below.

[ ] **BY ELECTRONIC TRANSMISSION:** By sending a true copy thereof via e-mail to the person(s) at the e-mail address(es) as shown below. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

DOCUMENT(S) SERVED:   **WAIVER OF THE SERVIC OF SUMMONS**

ADDRESSEE(S):   **SEE ATTACHED**

I certify and declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on this 2nd day of January 2020, at Vallejo, California.

_____
Rachel M. Carranza, Declarant

## PROOF OF SERVICE

### *Jose Villalobos v. City of Vallejo, et al.*
USDC, Eastern District, Sacramento Division, Case No. 2:19-cv-02461-WBS-KJN

### **ATTACHMENT**

| | |
|---|---|
| Thomas C. Seabaugh, Esq.<br>The Law Offices of Thomas C. Seabaugh<br>601 West Fifth Street, Eighth Floor<br>Los Angeles, CA 90071<br>E-mail: tseabaugh@seabaughfirm.com | *Counsel for Plaintiff*:<br><br>Jose Villalobos |