THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
333 South Grand Avenue, 42nd Floor
Los Angeles, California 90071
Telephone: (213) 225-5850

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF VALLEJO;<br>and DOES 1-10,<br><br>       Defendants. | Case No.: 2:19-cv-02461-WBS-KJN<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1

## NOTICE OF CHANGE OF ADDRESS

2      To the Court and all parties through their respective attorneys of record,

3  please take notice that:

4      The undersigned attorney, who represents the Plaintiff in this action, has a

5  new address for service of notices and documents in this action:

6          THE LAW OFFICE OF THOMAS C. SEABAUGH
           Thomas C. Seabaugh
7          333 South Grand Avenue, 42nd Floor
           Los Angeles, California 90071
8          Telephone: (213) 225-5850

9      This notice is provided pursuant to Local Rule 182(f). All future notices and

10  documents regarding this action should be sent to the above address.

11      Respectfully Transmitted,

12  DATED:  February 29, 2020      LAW OFFICE OF THOMAS C. SEABAUGH

13

14                      By_____/s/ Thomas C. Seabaugh_____

15                        Thomas C. Seabaugh
                          Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28