**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:  KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Richard W. Osman, Esq., SBN 167993
Bertrand, Fox, Elliot, Osman & Wenzel
2749 Hyde Street
San Francisco, CA 94109
**Tel:** (415) 353-0999
**Fax:** (415) 353-0990
**Email:** rosman@bfesf.com

Attorneys for Defendant CITY OF VALLEJO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JOSE VILLALOBOS,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO; and DOES 1-10,<br><br>            Defendants. | Case No.: 2:19-cv-02461-WBS-KJN<br><br>**ASSOCIATION OF COUNSEL** |

ASSOCIATION OF COUNSEL
Case No. 2:19-cv-02461-WBS-KJN

**TO THE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Defendant CITY OF VALLEJO, by and through its counsel, Randy J. Risner, Interim City Attorney, and Katelyn M. Knight, Deputy City Attorney, City of Vallejo, hereby associates Richard W. Osman of Bertrand, Fox, Elliot, Osman & Wenzel, 2749 Hyde Street, San Francisco, CA 94109 (415) 353-0999, ext. 104 as counsel of record in the above-captioned matter.

I have read this ASSOCIATION OF COUNSEL and consent to the foregoing.

Dated: March 19, 2020                    Respectfully submitted,

/s/ Katelyn M. Knight_____
Katelyn M. Knight
Deputy City Attorney
Attorney for Defendant, CITY OF VALLEJO

Richard W. Osman, Esq., on behalf of Bertrand, Fox, Elliot, Osman & Wenzel, hereby accepts the above association.

Dated: March 19, 2020                    /s/ Richard Osman_____
Richard W. Osman
Bertrand, Fox, Elliot, Osman & Wenzel
Attorney for Defendant, CITY OF VALLEJO

ASSOCIATION OF COUNSEL
Case No. 2:19-cv-02461-WBS-KJN
-1-