**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:   KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
Henry B. Bernstein, State Bar No. 313730
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:  rosman@bfesf.com
        scrawford@bfesf.com
        hbernstein@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA,
KEVIN BARRETO, and JARETT TONN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO; JARETT TONN; AND DOES 4-10.<br><br>    Defendants. | Case No. 2:19-cv-02461-WBS-KJN<br><br>**STIPULATION TO EXTEND DEFENDANT CITY OF VALLEJO'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER.** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Defendant CITY OF VALLEJO

1

(hereinafter, "the City") may have an additional sixteen (16) days within which to respond to plaintiff's first amended complaint. No prior extensions have been obtained by the parties. The City's deadline to respond currently is Wednesday, July 1, 2020. Therefore, the last day for the City to file a responsive pleading shall be Friday, July 17, 2020.

Good cause exists for this extension as it will save the parties time by consolidating defendants' answer to Plaintiff's first amended complaint in a single document. The City agreed to accept service of the first amended complaint on behalf of the individual defendants JEROME BAUTISTA, KEVIN BARRETO, and JARETT TONN. Their deadline to file a responsive pleading is July 17, 2020. Extending the City's time to respond will allow the filing of a joint responsive pleading for all named defendants, which will save all parties time in not analyzing separate responsive pleadings.

**NOW, THEREFORE,** the parties hereby stipulate that the last day for the City to respond to plaintiff's first amended complaint is Friday, July 17, 2020.

**IT IS SO STIPULATED.**

Dated: June 30, 2020                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                    By: */s/ Richard Osman*
                                        Richard W. Osman
                                        Sheila D. Crawford
                                        Henry B. Bernstein
                                        Attorneys for Defendants
                                        CITY OF VALLEJO, JEROME BAUTISTA,
                                        KEVIN BARRETO, and JARETT TONN.

Dated: June 30, 2020                LAW OFFICE OF FULVIO F. CAJINA

                                    By: */s/ Thomas C. Seabaugh*
                                        Thomas C. Seabaugh
                                        Attorney for Plaintiff
                                        JOSE VILLALOBOS

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: June 30, 2020         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
                             */s/ Richard Osman*
                             Richard W. Osman

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that defendant CITY OF VALLEJO's deadline to file a responsive pleading is extended to July 17, 2020.

IT IS SO ORDERED.

Dated: June 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO EXTEND DEFENDANT CITY OF VALLEJO'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo