**VERONICA NEBB**
City Attorney, SBN 140001
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO,** City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Richard W. Osman, SBN 167993
Sheila D. Crawford, SBN 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com


Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA,
KEVIN BARRETO, and JARETT TONN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS | Case No. 2:19-cv-02461-WBS-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER.** |
| v. | |
| CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO; JARETT TONN; AND DOES 4-10. | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOSE VILLALOBOS and Defendants CITY OF VALLEJO, JEROME BAUTISTA, KEVEN BARRETO, and JARETT TONN, by and through their respective counsel of record, hereby stipulate as follows:

1.  On May 22, 2020, the Court issued a scheduling order wherein the court scheduled trial and pre-trial deadlines. (Dkt. 14.)

2.  Counsel for the parties stipulate and request to continue the following pretrial deadlines:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Expert Disclosures | June 11, 2021 | July 9, 2021 |
| Rebuttal Expert Disclosures | July 8, 2021 | August 2, 2021 |
| Discovery Cut Off | August 6, 2021 | September 6, 2021 |
| Last Day to File Dispositive Motion | August 27, 2021 | No change |
| Pretrial Conference | October 12, 2021 | No Change |
| Trial | December 14, 2021 | No change |

3.  The parties submit that good cause exists for these continuances because no party will be prejudiced, the parties agree, and the continuance will not affect the trial date or the remainder of the pretrial schedule. The extra time will help the parties track down a few outstanding medical records, including MRI images, that have not yet been obtained, and provide time for the respective experts to review those records. The parties also have been engaged in efforts to resolve a discovery dispute, which they intend to submit to the magistrate's informal dispute resolution process, and the continuance

STIPULATION TO CONTINUE PRETRIAL DEADLINES; PROPOSED ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

will allow more time to explore informal resolution without the danger of any party running into a procedural bar. Finally, the parties submit that the coronavirus pandemic, which has been a challenge and hardship for all counsel, is another factor militating in favor of these short continuances.

**NOW, THEREFORE**, the parties hereby stipulate that the pretrial deadlines be continued as outlined above.

The requested continuance of discovery deadlines will not impact dates currently set for the dispositive motion deadline, pretrial conference or trial of this matter.

**IT IS SO STIPULATED.**

Dated: May 27, 2021          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard Osman*
Richard W. Osman
Sheila D. Crawford

Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA, KEVIN BARRETO, and JARETT TONN

Dated: May 27, 2021          LAW OFFICE OF FULVIO F. CAJINA

By: */s/ Thomas C. Seabaugh*
Thomas C. Seabaugh
Attorney for Plaintiff
JOSE VILLALOBOS

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: May 27, 2021          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*
Richard W. Osman

## <u>ORDER</u>

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby orders the following pretrial deadlines:

| Event | Date |
|---|---|
| Expert Disclosures | July 9, 2021 |
| Rebuttal Expert Disclosures | August 2, 2021 |
| Discovery Cut Off | September 7, 2021 |
| Last Day to File Dispositive Motion | August 27, 2021 (no change) |
| Pretrial Conference | October 12, 2021 (no change) |
| Trial | December 14, 2021 (no change) |

IT IS SO ORDERED.

Dated:  May 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE