Thomas C. Seabaugh, Esq., SBN 272458
THE LAW OFFICE OF THOMAS C. SEABAUGH
333 South Grand Avenue, 42nd Floor
Los Angeles, California 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE VILLALOBOS | Case No. 2:19-cv-02461-WBS-KJN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER.** |
| CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO; JARETT TONN; AND DOES 4-10. | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOSE VILLALOBOS and Defendants CITY OF VALLEJO, JEROME BAUTISTA, KEVEN BARRETO, and JARETT TONN, by and through their respective counsel of record, hereby stipulate as follows:

1. On May 22, 2020, the Court issued a scheduling order wherein the court scheduled trial and pre-trial deadlines. (Dkt. 14.) This order was modified pursuant to the parties' stipulation on May 28, 2021 (Dkt. 23.)

2. Counsel for the parties now stipulate and request to continue the following pretrial deadlines:

| Event | Existing Date | Proposed Date |
|---|---|---|

1

| | | |
|---|---|---|
| Expert Disclosures | July 9, 2021 | July 23, 2021 |
| Rebuttal Expert Disclosures | August 2, 2021 | August 9, 2021 |
| Discovery Cut Off | September 6, 2021 | No change |
| Last Day to File Dispositive Motion | August 27, 2021 | No change |
| Pretrial Conference | October 12, 2021 | No Change |
| Trial | December 14, 2021 | No change |

3. The parties previously stipulated to a continuance to facilitate obtaining medical images from third parties prior to the disclosure of expert reports and to permit the experts to disclose their reports after obtaining an additional deposition and after a pending discovery issue is resolved. This stipulation was granted as requested by the parties.

4. Today, June 29, 2021, Plaintiff's counsel learned from his retained medical expert's office that the doctor's father is passing away, and that the doctor would appreciate additional time to prepare his report, currently due July 9, 2021. Counsel having conferred, no party objects to this continuance, and the parties jointly submit that this sad circumstance constitutes good cause to grant additional time (two additional weeks).

5. The parties request that the proposed order below be entered because the parties agree, because the trial date and overall case schedule will not be affected, and because no party will be prejudiced. The purpose of the continuance is to accommodate a non-party expert who experienced a sudden and unexpected tragedy.

**NOW, THEREFORE,** the parties hereby stipulate that the pretrial deadlines be continued as outlined above.

**IT IS SO STIPULATED.**

`

Dated: June 29, 2021

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*[1]
    Richard W. Osman
    Sheila D. Crawford

    Attorneys for Defendants
    CITY OF VALLEJO, JEROME BAUTISTA, KEVIN BARRETO, and JARETT TONN

Dated: June 29, 2021

LAW OFFICE OF THOMAS C. SEABAUGH

By: */s/ Thomas C. Seabaugh*
    Thomas C. Seabaugh
    Attorney for Plaintiff
    JOSE VILLALOBOS

---

[1] As authorized by email June 29, 2021.

# **ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby amends the pretrial schedule as follows:

| Event | Date |
|---|---|
| Expert Disclosures | July 23, 2021 |
| Rebuttal Expert Disclosures | August 9, 2021 |
| Discovery Cut Off | September 6, 2021 (no change) |
| Last Day to File Dispositive Motion | August 27, 2021 (no change) |
| Pretrial Conference | October 12, 2021 (no change) |
| Trial | December 14, 2021 (no change) |

IT IS SO ORDERED.

Dated: July 1, 2021

vill.2461

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE