UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF VALLEJO, et al.,<br><br>        Defendants. | No. 2:19–cv–2461–WBS–KJN<br><br>ORDER<br><br>(ECF No. 25) |

On July 1, 2021, the court held an informal discovery conference. (See ECF No. 25.) Attorney Thomas Carter Seabaugh appeared on behalf of plaintiff, and attorneys Richard W. Osman and Katelyn Knight appeared on behalf of defendants. For the reasons discussed at the conference, it is HEREBY ORDERED that, subject to an attorneys' eyes only protective order agreed upon by the parties, defendants shall provide to plaintiff a transcript of the officer's statement, with the shooting officer's name redacted, within 14 days of this order.

Dated: July 1, 2021

                                                                KENDALL J. NEWMAN
                                                                UNITED STATES MAGISTRATE JUDGE

vill.2461

1