**VERONICA NEBB**
City Attorney, SBN 140001
**BY:   KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Richard W. Osman, SBN 167993
Sheila D. Crawford, SBN 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:  rosman@bfesf.com
        scrawford@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA,
KEVIN BARRETO, and JARETT TONN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO; JARETT TONN; AND DOES 4-10.<br><br>     Defendants. | Case No. 2:19-cv-02461-WBS-KJN<br><br>**STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER.** |

1

STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOSE VILLALOBOS and Defendants CITY OF VALLEJO, JEROME BAUTISTA, KEVEN BARRETO, and JARETT TONN, by and through their respective counsel of record, hereby stipulate as follows:

1. On May 22, 2020, the Court issued a scheduling order wherein the court scheduled trial and pre-trial deadlines. (Dkt. 14.) This order was modified pursuant to the parties' stipulation on May 28, 2021 (Dkt. 23.) This order was further modified pursuant to a second stipulation on July 1, 2021 (Dkt. 28.)

2. Counsel for the parties now stipulate and request to continue the following pretrial deadlines:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Expert Disclosures | July 23, 2021 | August 6, 2021 |
| Rebuttal Expert Disclosures | August 9, 2021 | August 23, 2021 |
| Discovery Cut Off | September 6, 2021 | No change |
| Last Day to File Dispositive Motion | August 27, 2021 | No change |
| Pretrial Conference | October 12, 2021 | No change |
| Trial | December 14, 2021 | No change |

3. The parties previously stipulated to a continuance to facilitate obtaining medical images from third parties prior to the disclosure of expert reports and to permit the experts to disclose their reports after obtaining additional discovery and after a pending discovery issue was resolved. This stipulation was granted as requested by the parties.

//

1

STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

4. The parties then stipulated to a further continuance to allow Plaintiff's retained medical expert further time to draft his report in light of his father's medical emergency. This stipulation was granted as requested by the parties.

5. The parties now stipulate to a third continuance to allow the parties further time to obtain Plaintiff's radiology records for their respective experts to review. The parties have experienced delays in obtaining these records from the Plaintiff's medical providers, and all parties want their medical experts to have an opportunity to review those records before submitting their reports. Good cause exists to further continue the expert discovery deadlines because no party will be prejudiced, because the parties agree, because the scheduling change will allow the experts to review the medical images before submitting their reports, and because none of the remaining dates will be affected.

6. The parties request that the proposed order below be entered.

**NOW, THEREFORE,** the parties hereby stipulate that the pretrial deadlines be continued as outlined above.

**IT IS SO STIPULATED.**

Dated: July 20, 2021            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                By: */s/ Richard W. Osman*
                                    Richard W. Osman
                                    Sheila D. Crawford
                                    Attorneys for Defendants
                                    CITY OF VALLEJO, JEROME BAUTISTA,
                                    KEVIN BARRETO, and JARETT TONN

Dated: July 20, 2021            LAW OFFICE OF THOMAS C. SEABAUGH

                                By: */s/ Thomas C. Seabaugh*
                                    Thomas C. Seabaugh
                                    Attorney for Plaintiff
                                    JOSE VILLALOBOS

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: July 20, 2021

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*
Richard W. Osman

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby amends the pretrial schedule as follows:

| Event | Date |
|---|---|
| Expert Disclosures | August 6, 2021 |
| Rebuttal Expert Disclosures | August 23, 2021 |
| Discovery Cut Off | September 6, 2021 (no change) |
| Last Day to File Dispositive Motion | August 27, 2021 (no change) |
| Pretrial Conference | October 12, 2021 (no change) |
| Trial | December 14, 2021 (no change) |

IT IS SO ORDERED.

Dated:  July 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vill.2461