UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, et al.,<br><br>        Defendants. | No. 2:19–cv–2461–WBS–KJN<br><br>ORDER<br><br>(ECF No. 35) |

Pursuant to the parties' stipulation and proposed order to continue discovery deadlines and pretrial conference, and for referral to a settlement conference (ECF No. 35), and under authority of 28 U.S.C. § 636(b)(1), the undersigned hereby ORDERS:

1. The pretrial schedule is amended as follows:

| Event | Existing Date | New Date |
|---|---|---|
| Discovery Cut Off | September 6, 2021 | September 30, 2021 |
| Pretrial Conference | October 12, 2021 | October 25, 2021 |
| Trial | December 14, 2021 | No change |

///

///

1

2. This matter is set for Settlement Conference on October 1, 2021, at 09:00 A.M., in Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman.

   a. The Settlement Conference will take place by remote means (Zoom).
   b. The parties will receive instructions closer to the hearing date on how to appear for the Settlement Conference.
   c. The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.
   d. The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. These statements should not be filed on the case docket.
   e. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).
   f. Parties shall file their waivers of disqualification no later than seven days prior to the date of the settlement conference

Dated:  September 2, 2021

SD, vill.2461

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE