**VERONICA NEBB**
City Attorney, SBN 140001
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Richard W. Osman, SBN 167993
Sheila D. Crawford, SBN 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA,
KEVIN BARRETO, and JARETT TONN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO; JARETT TONN; AND DOES 4-10.<br><br>     Defendants. | Case No. 2:19-cv-02461-WBS-KJN<br><br>**STIPULATED REQUEST TO CONTINUE DISCOVERY DEADLINE; ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOSE VILLALOBOS and Defendants CITY OF VALLEJO, JEROME BAUTISTA, KEVEN BARRETO, and JARETT TONN, by and through their respective counsel of record, hereby stipulate to continue the discovery deadline as follows:

1. The purpose of this stipulation is to permit the parties to conduct the expert depositions after the settlement conference scheduled for October 1. The substantial costs associated with these depositions can therefore be avoided if the case settles, and for that reason provide the parties with an incentive to make the most of the settlement conference.

2. This stipulation is being proposed because the settlement conference envisioned by the parties at the time of the last stipulation could not take place until October 1, making this proposed adjustment necessary to ensure that the expert depositions can still take place after the settlement conference.

3. On May 22, 2020, the Court issued a scheduling order wherein the Court scheduled trial and pre-trial deadlines. (Dkt. 14.) This order was modified pursuant the parties' stipulation on May 28, 2021. (Dkt. 23.) This order was further modified pursuant to a second stipulation on July 1, 2021. (Dkt. 28.) It was further modified on July 26, 2021 pursuant to a third stipulation (Dkt. 32) and on September 2, 2021 pursuant to a fourth stipulation (Dkt. 36.)

4. Counsel for the parties now stipulate and request to continue the following pretrial deadlines:

//
//
//

| Event | Existing Date | Proposed Date |
|---|---|---|
| Discovery Cut Off | September 30, 2021 | October 8, 2021 |
| Pretrial Conference | October 25, 2021 | No change |
| Trial | December 14, 2021 | No change |

3. The parties previously stipulated to four continuances of the discovery cut off date to facilitate obtaining medical records and to provide time to attend a mandatory settlement conference.

4. A mandatory settlement conference is scheduled for October 1, 2021 with Magistrate Judge Kendall Newman.

5. The parties continue to work cooperatively in preparing this case for trial and now agree discovery deadlines should be continued to a date after the MSC. Good cause exists to further continue the discovery deadline because no party will be prejudiced, because the parties agree, and because the scheduling change will permit the parties to forego the extensive time and cost involved in completing expert depositions that may not be necessary if the case settles at the MSC, as envisioned by the previous stipulation. This stipulation will not impact the remaining pretrial and trial dates, provided the request to continue the pretrial conference is granted.

//
//
//
//
//
//
//
//

2
STIPULATED REQUEST TO CONTINUE DISCOVERY DEADLINE; ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

**NOW, THEREFORE,** the parties hereby stipulate that the discovery deadline be continued as outlined above.

**IT IS SO STIPULATED.**

Dated: September 15, 2021         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                  By: */s/ Richard W. Osman*
                                      Richard W. Osman
                                      Sheila D. Crawford
                                      Attorneys for Defendants
                                      CITY OF VALLEJO, JEROME BAUTISTA,
                                      KEVIN BARRETO, and JARETT TONN

Dated: September 15, 2021         LAW OFFICE OF THOMAS C. SEABAUGH

                                  By: */s/ Thomas C. Seabaugh*
                                      Thomas C. Seabaugh
                                      Attorney for Plaintiff
                                      JOSE VILLALOBOS

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: September 15, 2021         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                  */s/ Richard Osman*
                                  Richard W. Osman

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause, hereby amends the pretrial schedule as follows:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Discovery Cut Off | September 30, 2021 | October 8, 2021 |
| Pretrial Conference | October 25, 2021 | No change |
| Trial | December 14, 2021 | No change |

IT IS SO ORDERED.

Dated:  September 16, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vill.2461