**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:  KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:  rosman@bfesf.com
        scrawford@bfesf.com

Attorneys for Defendant
CITY OF VALLEJO

Thomas C. Seabaugh, Esq., SBN 272458
THE LAW OFFICE OF THOMAS C. SEABAUGH
333 South Grand Avenue, 42nd Floor
Los Angeles, California 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

Attorney for Plaintiff
JOSE VILLALOBOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE VILLALOBOS | Case No. 2:19-cv-02461-WBS-KJN |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE DOCUMENTS; ORDER** |
| v. | |
| CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO;JARETT TONN; AND DOES 4-10. | |
| Defendants. | |

1

STIPULATION TO CONTINUE DISPOSITIVE DOCUMENT FILING DEADLINE; ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOSE VILLALOBOS and Defendants CITY OF VALLEJO, JEROME BAUTISTA, KEVEN BARRETO, and JARETT TONN, by and through their respective counsel of record, hereby stipulate as follows:

1. On Oct. 1, 2021 (Docket No. 41), this matter settled at a settlement conference before a magistrate judge subject to approval by the City of Vallejo authorities and subject to the execution of a final settlement agreement and release.  The court then vacated all dates and ordered that the disposition documents be filed within 45 days.

2. The settlement was approved on October 12, 2021 by the City of Vallejo. The parties subsequently negotiated and executed a release, which has now been fully executed.

3. The settlement agreement calls for the payment of the settlement amount "within thirty (30) days of obtaining City Council approval of the settlement." The settlement agreement also calls for the dispositive documents to be filed after the settlement amount has been paid.

4. The check has not issued but counsel for Defendants represent that they expect it to be issued in the near term.

//
//
//
//
//
//
//
//

**NOW, THEREFORE,** the parties hereby stipulate and request that deadline to file the dispositive documents be extended to December 8, 2021.

**IT IS SO STIPULATED.**

Dated: November 19, 2021        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard Osman*[1]
    Richard W. Osman
    Sheila D. Crawford

    Attorneys for Defendants
    CITY OF VALLEJO, JEROME BAUTISTA,
    KEVIN BARRETO, and JARETT TONN

Dated: November 19, 2021        LAW OFFICE OF THOMAS C. SEABAUGH

By: */s/ Thomas C. Seabaugh*
    Thomas C. Seabaugh
    Attorney for Plaintiff
    JOSE VILLALOBOS

---

[1] As authorized by email November 19, 2021.

3
STIPULATION TO CONTINUE DISPOSITIVE DOCUMENT FILING DEADLINE; ORDER
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby extends the date to file dispositive documents to December 8, 2021.

IT IS SO ORDERED.

Dated: November 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE