**VERONICA NEBB**
City Attorney, SBN 140001
**BY:  KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Richard W. Osman, SBN 167993
Sheila D. Crawford, SBN 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:  rosman@bfesf.com
        scrawford@bfesf.com


Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA,
KEVIN BARRETO, and JARETT TONN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO; JEROME BAUTISTA; KEVIN BARRETO; JARETT TONN; AND DOES 4-10.<br><br>    Defendants. | Case No. 2:19-cv-02461-WBS-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE
Case No.: 2:19-cv-02461-WBS-KJN Villalobos v. City of Vallejo

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all claims and causes of action, with all parties to bear their own costs and attorneys' fees.

Dated: December 8, 2021  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
CITY OF VALLEJO, JEROME BAUTISTA, KEVIN BARRETO, and JARETT TONN

Dated: December 8, 2021  LAW OFFICE OF THOMAS C. SEABAUGH

By: */s/ Thomas C. Seabaugh*
Thomas C. Seabaugh
Attorney for Plaintiff
JOSE VILLALOBOS

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: December 8, 2021  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*
Richard W. Osman

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This matter is dismissed with prejudice with all parties to bear their own costs and attorney' fees.

Dated:   December 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE